IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>JORGE CINTRON FERNANDEZ<br>a/k/a JORGE CINTRON, JR.<br>Defendants | CRIM. NO. 00-78-03 (PG) |

**MOTION REQUESTING THAT THE TERM SERVE IN SUPERVISED RELEASE TO BE COUNT FOR THE TERM OF TWO YEARS IN PROBATION AFTER BEEN SENTENCED.**

TO THE HONORABLE COURT:

COMES NOW the defendant Jorge Cintrón Fernández by its own right and very respectfully states and prays as follows:

I. **INTRODUCTION**

In January 29 of 2005, I were setenced on supervised release by Honorable Judge Juan M. Pérez Giménez, United States District Judge for District of Puerto Rico to a period of 24 months.

We have complied with all the terms of our supervised release imposed by the court. What we are asking to the Honorable Judge Pérez Jiménez is that the time that we have been in supervised release before been sentence be counted for the 24 months of probation.

We have a lawfull business working very hard establishing a business named Unlimited Marine. Our main market is giving services to banks and financial institutions, specifically ack as the custodian and depositary in the repossession procedures in execution of federal and local laws. In some degree we are engaged in law enforcement matters.

CRIM. NO. 00-78-03 (PG)                                                          PAGE 2

This process have given us an unforgiven lesson in live, making us a better human being and focus to reach our goals in live to help my family and children go forward.

We have been in supervisd release for more than two years, is time to go ahead with our live.

**Therefore**, the appearing defendent respectfully request for this Honorable Court **Grant** the present motion and count the term served on supervised release to the term of 24 months of probation.

**RESPECTFULLY SUBMITTED**

*[signature]*
Box 2258
Cayey, P.R 00737